UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-23699-RKA

DAVID GORDON OPPENHEIMER,

    Plaintiff,

v.

PANDA IDX, LLC,

    Defendant.

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT ANGELA M. NIEVES of SRIPLAW, P.A. hereby gives notice of her appearance as counsel on behalf of Plaintiff, DAVID GORDON OPPENHEIMER, and requests service upon her of all pleadings and papers filed herein.

Dated: December 5, 2022

    */s/ Angela M. Nieves*
    ANGELA M. NIEVES
    Florida Bar Number: 1032760
    angela.nieves@sriplaw.com

    **SRIPLAW, P.A.**
    21301 Powerline Road
    Suite 100
    Boca Raton, FL 33433
    561.404.4350 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Plaintiff David Gordon Oppenheimer*