**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**HON. ROY K. ALTMAN**

**ORDER SCHEDULING VIDEO STATUS CONFERENCES**

A status conference session has been scheduled to consider various matters before the Court. The Plaintiffs' Complaints allege violations of one of the following: the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181, *et seq*; the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681, *et seq*.; the Fair Debt Collection Practices Act (the "FDCPA"), 15 U.S.C. §§ 1692–1692p, *et seq*; the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 203; the Fair Housing Act (the "FHA"), 42 U.S.C. § 3601, *et seq*; the Copyright Act, 17 U.S.C. § 106; or the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227. Consistent with the Court's practices in these cases, counsel shall appear at a status conference on **Monday, December 19th, 2022, at 3:00 p.m.** Matters scheduled for consideration at this session are listed below.

**Absent good cause shown, counsel in the Miami Division cases must attend in person** at the Wilkie D. Ferguson Jr. U.S. Courthouse, 400 North Miami Avenue Courtroom 12-4, Miami, Florida 33128. **Counsel in the Broward Division cases may appear *either* in person *or* by Zoom**. For those attending by Zoom, the Meeting ID is 161 2752 2255. The Passcode is 7777. The videoconference is also available at zoom.us, by clicking the link "join a meeting" and entering the above Meeting ID and Passcode. Accordingly, the Court hereby **ORDERS** as follows:

1. The Clerk is **DIRECTED** to file this Order in **each** of the below cases.
2. The parties are **not** personally required to appear.
3. If the parties settle before our hearing date, they shall promptly notify the Court.
4. Plaintiff's counsel must appear with the entire case file. **If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant within two business days of this Order.**

5. Counsel are **ORDERED** to confer with opposing counsel beforehand to confirm mutual attendance.

6. The cases will be called according to the following schedule:

    a. 22-cv-62082 – *Renton v. 5th Bite of the Apple LLC*

    b. 22-cv-61401 – *Uylett v. Mans Investment Broward County LLC, et al.*

    c. 22-cv-61812 – *Higgs v. Health Management Corp. of America*

    d. 22-cv-61531 – *Phillips v. Levine, P.A. et al*

    e. 22-cv-23842 – *Nadeau v. BlokHaus Real Estate + Investments, Inc. et al.*

    f. 22-cv-22693 – *Chanel, Inc. v. The Individuals, Business Entities, and Unincorporated Associates Identified on Schedule "A"*

    g. 22-cv-23525 – *Cohan v. Carrot Express Midtown LLC*

    h. 22-cv-23574 – *Lufthansa Cargo AG v. Cargo Tours International, Inc.*

    i. 22-cv-23844 – *Tovar v. Equifax Information Services*

    j. 22-cv-23854 – *Ariza v. SMPC USA, Inc.*

    k. 22-cv-23865 – *Watson v. RKA Restaurants Holdings, Inc.*

    l. 22-cv-61925 – *Spence v. Westgate Square Shopping Center LLC*

    m. 22-cv-62025 – *Patrice v. Express Services, Inc et al.*

    n. 22-cv-10104 – *Davis et al v. Tropic Water Sports LLC et al.*

    o. 22-cv-23174 – *CFTC v. Todd et al.*

    p. 22-cv-23714 – *Abreu v. FP Tire Disposal, Inc. et al.*

    q. 22-cv-62276 – *Walsh v. Disability Help Group, LLC*

    r. 22-cv-61805 – *Migliano v. Parler Inc.*

    s. 22-cv-22480 – *Valiente v. NextGen Global, LLC*

    t. 22-cv-22727 – *Gonzalez v. 1350 S Dixie LLC et al.*

      u.   22-cv-22870 – *Ufret v. Menada, Inc.*

      v.   22-cv-61887 – *Uter v. Equifax Information Services LLC et al.*

      w.   22-cv-23298 – *Baker v. Equifax Information Services, LLC*

      x.   21-cv-23839 – *Jimenez v. Jackson Health System*

      y.   22-cv-23699 – *Oppenheimer v. Panda IDX, LLC*

**DONE AND ORDERED** in the Southern District of Florida on December 12, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record