UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23699-ALTMAN/Reid

**OPPENHEIMER**,

    *Plaintiff*,

v.

**PANDA IDX, LLC**,

    *Defendant*.

_____/

## ORDER

On December 12, 2022, the Court set a status conference in this case for December 19, 2022, at 3:00 p.m. *See* Notice of Hearing [ECF No. 13]. Our order specified that "[a]bsent good cause shown, counsel in the Miami Division cases must attend in person." *Ibid.* This is a Miami Division case. But the Plaintiff's attorneys failed to appear at the hearing—either in person or by Zoom. Accordingly, the Court hereby **ORDERS** that, by **December 26, 2022**, the Plaintiff's attorneys shall **SHOW CAUSE** why this case should not be dismissed. Failure to comply with this Order may result in sanctions, including dismissal of this case without further notice.

**DONE AND ORDERED** in the Southern District of Florida on December 20, 2022.

                                                     **ROY K. ALTMAN**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record