UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23699-ALTMAN/Reid

**OPPENHEIMER**,

    *Plaintiff*,

v.

**PANDA IDX, LLC**,

    *Defendant*.

_____/

## ORDER

On December 19, 2022, the Court held a status conference. *See* Status Conference Minutes Entry [ECF No. 14]. For the reasons stated on the record during the status conference, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. This case is **STAYED** for 30 days.

2. The Clerk of Court is directed to **CLOSE** this case for administrative purposes only.

3. By January 19, 2023, the Defendant must file *either* a notice of appearance by new counsel or a motion for extension of time to comply with this **ORDER**.

4. All pending deadlines and hearings are **TERMINATED**.

5. All pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on December 20, 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record