AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | US DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 1:22-cv-23699-RKA | 11/14/2022 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| David Gordon Oppenheimer | Panda IDX, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See Attached Complaint | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | see attached order | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☑ Order  ☐ Judgment | ☐ Yes  ☑ No | 12/20/2022 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Angela E. Noble | Nicole Wilner | 11/14/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print    Save As...    Reset

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23699-ALTMAN/Reid

**OPPENHEIMER**,

    *Plaintiff*,

v.

**PANDA IDX, LLC**,

    *Defendant*.

_____/

**ORDER**

On December 19, 2022, the Court held a status conference. *See* Status Conference Minutes Entry [ECF No. 14]. For the reasons stated on the record during the status conference, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. This case is **STAYED** for 30 days.

2. The Clerk of Court is directed to **CLOSE** this case for administrative purposes only.

3. By January 19, 2023, the Defendant must file *either* a notice of appearance by new counsel or a motion for extension of time to comply with this **ORDER**.

4. All pending deadlines and hearings are **TERMINATED**.

5. All pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on December 20, 2022.

                                                                                          _____
                                                                                          ROY K. ALTMAN
                                                                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record