| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **Sent:** | 12/12/2022 3:10:46 PM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case . Oppenheimer v. Panda IDX, LLC Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 12/12/2022 at 3:10 PM EST and filed on 12/12/2022
**Case Name:**         JIMENEZ v. JACKSON HEALTH SYSTEM
**Case Number:**       1:21-cv-23839-RKA
**Filer:**
**Document Number:** 19

**Docket Text:**
**ORDER SCHEDULING VIDEO STATUS CONFERENCES, ( Status Conference set for 12/19/2022 03:00 PM before Judge Roy K. Altman.) Signed by Judge Roy K. Altman on 12/12/2022.** *See attached document for full details.* **(cqs)**

**Case Name:**         Oppenheimer v. Panda IDX, LLC
**Case Number:**       1:22-cv-23699-RKA
**Filer:**
**Document Number:** 13

**Docket Text:**
**ORDER SCHEDULING VIDEO STATUS CONFERENCES, ( Status Conference set for 12/19/2022 03:00 PM before Judge Roy K. Altman.) Signed by Judge Roy K. Altman on 12/12/2022.** *See attached document for full details.* **(cqs)**

**1:21-cv-23839-RKA Notice has been electronically mailed to:**

Michelle C. Levy     michelle@cohenlevylegal.com, Arlena@cohenlevylegal.com,

paralegal@cohenlevylegal.com

William X. Candela      wxc@miamidade.gov, melvyp@miamidade.gov

**1:21-cv-23839-RKA Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

**1:22-cv-23699-RKA Notice has been electronically mailed to:**

Angela Nieves     angela.nieves@sriplaw.com

Evan Andersen     evan.andersen@sriplaw.com

Joel Benjamin Rothman     joel.rothman@sriplaw.com, 4682945420@filings.docketbird.com, docket@sriplaw.com

**1:22-cv-23699-RKA Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105629215 [Date=12/12/2022] [FileNumber=22804778-0] [2eca15de9d5e97fff97d0e26394f5291efad507d9803f042c1afc127b2d0fe9e4dfdd12d8ed2580441d4847d1d5c81fa43da6d87749186ed4bcffe9494ec4bfe]]