| | |
|---|---|
| From: | DocketBird |
| Sent: | 12/12/2022 3:12:37 PM |
| To: | Docket |
| Subject: | New filing in JIMENEZ v. JACKSON HEALTH SYSTEM: ORDER SCHEDULING VIDEO STATUS CONFERENCES, (flsd-1:2021-cv-23839) |
| Attachments: | DE 0019. ORDER SCHEDULING VIDEO STATUS CONFERENCES (Status Conference set for 12192022 03-00 PM before Jud (2022.12.12).pdf |



**Dear Joel,**

A document has been filed in a case you are following on DocketBird.

Case:   **JIMENEZ v. JACKSON HEALTH SYSTEM (flsd-1:2021-cv-23839)**

Court:   Southern District of Florida

19.  **ORDER SCHEDULING VIDEO STATUS CONFERENCES, (Status Conference set for 12/19/2022 03:00 PM before Judge Roy K. Altman.) Signed by Judge Roy K. Altman on 12/12/2022. See attached document for full details.**

This notification was sent to the following email addresses associated with your company: docket@sriplaw.com

You can view the docket sheet in this case by clicking the link above, or by logging into your DocketBird account.

If you need any help, don't hesitate to let us know.

Thanks,

Team DocketBird

DocketBird ID: 2022/12/12/[$LATEST]6bc45698806c4c2f99db0b5dc07b4b51|rjm07r9mqcrqp9nvtagfjrln37s43iflgftmglg1

Tired of these notifications? You can turn them off in your **DocketBird Case Management Settings.**

Made by **Mink LLC**

Las Vegas, NV