# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 1:22-CV-23699-RKA

DAVID GORDON OPPENHEIMER,

    Plaintiff,

v.

PANDA IDX, LLC,

    Defendant.

_____/



FILED BY _____ D.C.

JAN 10 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT, PANDA IDX, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, PANDA IDX, LLC ("PANDA"), moves for a thirty (30) day extension of time, through and including March 2, 2023, to respond to Plaintiff's Complaint. In support of its motion, PANDA states:

1. The Honorable Roy K. Altman entered an Order to stay and close the case for administrative purposes on December 19, 2022.

2. Pursuant to said Order, the current deadline for filing a notice of appearance by new counsel or a motion for extension of time is January 19, 2023.

3. This Court may extend the filing deadline for good cause.

4. Good cause exists for this Court to extend the deadline for PANDA to respond to the Complaint because it is still investigating the allegations in the Complaint and seeking new counsel.

5. This Motion is not filed for the purposes of delay, and no party will be prejudiced by the granting of PANDA'S request for enlargement of time.

6. A proposed order is attached behind the service list.

WHEREFORE, PANDA IDX, LLC respectfully requests that this Court enter an order extending the time, up to and including March 2, 2023, for PANDA to seek new counsel and respond to the Complaint, and any further relief the Court deems just and proper.

                Respectfully submitted,

                */s/ Marco Peralta, pro-se*
                **Marco Peralta, pro-se**
                Email: marco@pandaidx.com
                3000 NE 190th Street, Apt. 204
                Aventura, Florida 33180

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via email.

/s/ *Marco Peralta, pro-se*
**Marco Peralta, pro-se**

## SERVICE LIST

**Evan Andersen**
3372 Peachtree Road, Suite 115
Atlanta, GA 30326
470-598-0800
evan.andersen@sriplaw.com
Designation: Retained
Assigned: 12/05/2022
PRO HAC VICE
ATTORNEY TO BE NOTICED

**Angela Nieves**
SRIPLAW
21301 Powerline Road
Suite 100
Suite 100
BOCA RATON, FL 33433
5614044350
5614044353 (fax)
angela.nieves@sriplaw.com
Assigned: 12/05/2022
ATTORNEY TO BE NOTICED

**Joel Benjamin Rothman**
SRIPLAW, PLLC
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350
561.404.4353 (fax)
joel.rothman@sriplaw.com
Assigned: 11/10/2022
ATTORNEY TO BE NOTICED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-CV-23699-RKA

DAVID GORDON OPPENHEIMER,

    Plaintiff,

v.

PANDA IDX, LLC,

    Defendant.

_____/

## DEFENDANT, PANDA IDX, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS MATTER is before the Court upon Defendant, PANDA IDX, LLC'S Motion for Extension of Time to Respond to Complaint. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED and ADJUDGED** as follows:

1. Defendant, PANDA IDX, LLC'S Motion for Extension of Time to Respond to Complaint is hereby **GRANTED**;

2. Defendant, PANDA IDX, LLC shall respond to the Complaint by March 2, 2023.

**DONE AND ORDERED** in Chamber at Miami, Miami-Dade County, Florida, this ____ day of _____, 2023.

                                                    _____
                                                  Roy K. Altman
                                                  United States District Judge

Copies furnished: All Counsel of Record

PANDA IDX, LLC
Marco Peralta
3000 NE 190 Street, Apt. 204
Aventura, Florida 33180

Clerk of the Court
Wilkie D. Ferguson Jr. US Courthouse
400 North Miami Avenue
Miami, Florida 33128

33128-180199





MIAMI FL 330
5 JAN 2023
A&R Agency

01/05/2023
036B 00118135575

FP US POSTAGE
$000.57⁹
First-Class - IMI
ZIP 33143

REC'D BY _____ D.C.
JAN 10 2023