Return of Service

Case No: 1:22 cv 23699          Court: United States District, Southern Florida

Plaintiff: DAVID GORDON OPPENHEIMER

Defendant: PANDA IDX, LLC

Hearing Date: 21 days
Writ: Summons, Complaint for Copyright Infringement, Exhibits
For: Joel B Rothman, Esq
    SRIPLAW, PLLC

TO BE SERVED ON:        PANDA IDX, LLC
                        c/o Manager Ivan Hueso
                        11802 Sw 59 Court, Cooper City, FL  33330

Majestic Process received this process on November 16, 2022 at 7;00 p.m.

I, Jeff Lang, executed service on 1/16/2023, at 1:50 pm.
I delivered a copy of this process in accordance with state statutes in the manner below:

__X__CORPORATE SERVICE:  Served Gustavo Hueso as co-resident and Father of
                         Manager, Ivan Hueso.

____NON SERVICE:  For the reasons in the comments below.

DESCRIPTION:  sex M age 65 race Hispanic  height 6'2" weight 200 hair brown
              Eyes brown other marks none.
COMMENTS:

I certify that I am over the age of 18, have no interest in the above action, and have proper authority in the jurisdiction in which this service was made.  Under penalty of perjury, I declare that the facts set forth in the foregoing Return of Service are true and correct.

Majestic Process                    Process Server #SPS19
561 310-4690                        In Good Standing in the Court
                                    in which this was served