UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-CV-23699-RKA

DAVID GORDON OPPENHEIMER,

    Plaintiff,

v.

PANDA IDX, LLC,

    Defendant.

_____/

**DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendant Panda IDX, LLC ("Panda"), by and through the undersigned counsel, respectfully files this Answer and Affirmative Defenses to Plaintiff's Complaint, and states as follows:

**ANSWER**

**SUMMARY OF THE ACTION**

1. Admitted.

2. Without sufficient knowledge, and therefore denied.

3. Admitted.

4. Denied as written.

**JURISDICTION AND VENUE**

5. Admitted for jurisdictional purposes only.

6. Admitted for jurisdictional purposes only.

7. Admitted for jurisdictional purposes only.

8. Admitted for jurisdictional purposes only.

1

## DEFENDANT

9. Admitted.

## THE COPYRIGHTED WORK AT ISSUE

10. Without sufficient knowledge.

11. Without sufficient knowledge.

12. Without sufficient knowledge.

13. Denied as written.

14. Without sufficient knowledge.

## INFRINGEMENT BY DEFENDANT

15. Admitted.

16. Denied as written.

17. Without sufficient knowledge.

18. Denied as written.

19. Denied as written.

20. Denied as written.

21. Denied as written.

22. Admitted.

23. Denied as written.

24. Admitted.

25. Admitted as to the notification, otherwise denied.

## COUNT I
## COPYRIGHT INFRINGEMENT

26. Panda incorporates and realleges its responses to paragraphs 1 through 25, as though fully stated herein.

27. Without sufficient knowledge.

28. Without sufficient knowledge.

29. Denied as written.

30. Denied as written.

31. Denied as written.

32. Denied as written.

33. Denied as written.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

34. Panda incorporates and realleges its responses to paragraphs 1 through 25, as though fully stated herein.

35. Admitted that the image on page 11 of Plaintiff's Complaint speaks for itself.

36. Denied as written.

37. Denied as written.

38. Denied as written.

39. Denied as written.

40. Denied as written.

41. Denied as written.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE
## INNOCENT INFRINGEMENT

The Digital Millennium Copyright Act provides in pertinent part that,

> In a case where the infringer sustains the burden of proving and the court finds, that such infringer was not aware and had no reason to believe that his or her acts constituted an infringement of copyright, the court in its discretion may reduce the award of statutory damages to a sum of not less than $200.

17 U.S.C.S. § 504(c)(2). "[I]nnocent infringement . . . bears [directly] on the issue of damages." *New Line Cinema Corp. v. Russ Berrie & Co.*, 161 F. Supp. 2d 293, 302 (S.D.N.Y. 2001).

In the present case, Defendant hired a third-party freelancer to help select the photos to add to its website. Defendant explicitly gave the freelancer access to a stock photo account to select images for the website. However, without consulting or receiving the authorization of Defendant, the freelancer uploaded an image outside of the stock photo system, which was the photo at issue in this matter. The image was fit to the standard aspect ratio for the display of Defendant's website, which resulted in only a portion of the image being shown. At no time was Defendant or either of its Title Managers aware or should have been aware of the potential alleged infringement of Plaintiff's copyright. Therefore, this court may in its discretion reduce any award of statutory damages to Plaintiff to $200.00.

Dated: February 23, 2023

                                                             Respectfully submitted,

                                                             Eduardo A. Maura, Esq.
*Attorney for Defendant*
**Ayala Law, P.A.**
2490 Coral Way, Ste 401
Miami, FL 33145
305-570-2208 Phone
eduardo@ayalalawpa.com

                                                             By: */s/ Eduardo A. Maura*
                                                                   Eduardo A. Maura
                                                                   Florida Bar No. 91303

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

                                                                         By: */s/Eduardo A. Maura*
                                                                            Eduardo A. Maura
                                                                            Florida Bar No. 91303