UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-23699-ALTMAN/Reid

**OPPENHEIMER**,

 *Plaintiff*,

*v.*

**PANDA IDX, LLC**,

 *Defendant*.

_____/

## ORDER SCHEDULING MEDIATION

The parties filed a Notice of Selection of Mediator [ECF No. 35]. The mediation in this case shall be held before Mediator Mark Stein, Esq. on **September 13, 2023, at 9:00 a.m.** Within **three days** of the mediation, the parties shall file a joint mediation report with the Court. The report shall indicate whether the case settled (in full or in part), whether it was adjourned, or whether the mediator declared an impasse. Failure to comply with this Order may result in sanctions, including dismissal without prejudice and without further notice.

 **DONE AND ORDERED** in the Southern District of Florida on May 22, 2023.

_____
ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE

cc: counsel of record